UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSALIA LOPEZ, | ) **Courtesy Copy** — — |
| | ) **Do Not Scan** |
| Petitioner | ) |
| | ) Civil Action No. |
| v. | ) 05cv11338-WGY |
| | ) |
| ALBERTO GONZALES, ET AL. | ) |
| | ) |
| Respondent | ) |

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R.

Civ. P. Rule 12(b)(1) for lack of subject matter jurisdiction.

Respondent also files herewith its Memorandum of Law in

Support of Motion to Dismiss.

Allowed because Congress has
lodged sole jurisdiction of appeals
and petitions for habeas
Corpus in immigration cases
in the Courts of Appeal.
Ryan W. Zobel.
6/27/05

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] The responsive official of the Department of Homeland Security
responsible for enforcement of petitioner's removal order in the
instant action is Bruce Chadbourne, Field Office Director for
Detention and Removal, Department of Homeland Security, Bureau of
Immigration and Customs Enforcement ("ICE") in Boston,
Massachusetts. See 28 U.S.C. § 517 (providing for the appearance
of the Department of Justice "to attend to the interests of the
United States in a suit pending in a court of the United
States").

## Certification Under L.R. 7.1(A)(2)

The undersigned counsel for respondent certifies that he attempted unsuccessfully to confer with counsel for petitioner in good faith to resolve or narrow the issue(s).

### CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on June 27, 2005.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114