UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSALIA LOPEZ         )
    Petitioner        )
                      )
        v.            )
                      )
                      )    NO.  05 11338 WGY
BRUCE CHADBORNE       )
DISTRICT DIRECTOR     )
U.S. IMMIGRATION AND  )
CUSTOMS ENFORCEMENT   )
    Respondent        )


**MOTION FOR EXTENSION OF TIME TO RESPOND TO
RESPONDENT'S MOTION TO DISMISS**

Petitioner honorably requests the District Court to grant Petitioner's request to extend the time for Petitioner to Respond to Respondent's Motion to Dismiss.

Respectfully Submitted,

Jeff Ross, Esq.
Ross & Associates
20 Park Plaza, Suite 633
Boston, MA 02116
(617) 338-4040
BBO: 648972

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for Petitioner certifies that he unsuccessfully attempted in good faith to confer with Counsel for Respondent to resolve or narrow the issue.


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02203; the attorney of record for Respondent by mail on _____July First_____, _____2005_____.


_____7/1/05_____

_____
Jeff Ross, Esq.
Ross & Associates
20 Park Plaza, Suite 633
Boston, MA 02116
(617) 338-4040
BBO:  648972

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02203; the attorney of record for Respondent by mail on _____July 1st_____, _____2005_____.

_____7/1/05_____

Jeff Ross, Esq.
Ross & Associates
20 Park Plaza, Suite 633
Boston, MA 02116
(617) 338-4040
BBO: 648972